# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --            )

                                )

J&J Maintenance, Inc.       )      ASBCA Nos. 61548, 61573, 61626

                                )

Under Contract No. W912DY-08-D-0024    )

APPEARANCES FOR THE APPELLANT:      Adam K. Lasky, Esq.
                                           Howard W. Roth, Esq.
                                           Sean P. Dowell, Esq.
                                             Oles Morrison Rinker & Baker, LLP
                                             Seattle, WA

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                           Engineer Chief Trial Attorney
                                           Steven W. Feldman, Esq.
                                           Margaret P. Simmons, Esq.
                                           Engineer Trial Attorneys
                                           U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 6, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61548, 61573 and 61626, Appeals of J&J Maintenance, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals